UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

FREEDOM FROM RELIGION FOUNDATION,
INC., ANNE LAURIE GAYLOR and
DAN BARKER,

               Plaintiffs,

v.                                                         Case No.: 09-CV-439

STEPHEN AYERS, ACTING ARCHITECT
OF THE CAPITOL,

               Defendant.

_____

## NOTICE OF APPEARANCE
_____

PLEASE TAKE NOTICE that Bryan Dearinger, trial attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of Defendant Stephen Ayers, Acting Architect of the Capitol, in this action.

Correspondence may be addressed to Mr. Dearinger as follows:

By regular mail:           Bryan Dearinger
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   Post Office Box 883
                                   Washington, DC 20044

By overnight/hand delivery:  Bryan Dearinger
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   20 Massachusetts Avenue, NW, Room 7107
                                   Washington, DC 20001

Correspondence may also be addressed to Mr. Dearinger by electronic mail at bryan.dearinger@usdoj.gov and by facsimile at (202) 616-8470. Mr. Dearinger's telephone number is (202) 514-3489.

|  |  |
|---|---|
| Dated:   August 14, 2009 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>JOHN R. GRIFFITHS<br>Assistant Branch Director<br><br>/s/ Bryan Dearinger<br>BRYAN DEARINGER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC  20530<br>Tel: (202) 514-3489<br>Fax: (202) 616-8470<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2009, I electronically filed a copy of the Notice of Appearance using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

    /s/ Bryan Dearinger
BRYAN DEARINGER
Trial Attorney
United States Department of Justice