NOTICE TO COUNSEL:

To enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, counsel for a private (non-governmental) business, company, or corporation shall submit at the time of initial pleading this statement of corporate affiliations and financial interest.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Freedom From Religion Foundation, *et al.*,

               Case No. 3:09-cv-00439-slc

     v.

Ayers.

---

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTEREST

I, the undersigned counsel of record for *Amicus*, American Center for Law and Justice, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

   YES      **NO**    X

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party: N/A

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

   YES      **NO**    X

   If the answer is YES, list the identity of such corporation and the nature of the financial interest to the named party: N/A

/s/ Geoffrey R. Surtees                                                Date: November 13, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009, I electronically filed a copy of the foregoing *Disclosure of Corporate Affiliations and Financial Interest* of the American Center for Law and Justice, *et al.* using the ECF System for the Western District of Wisconsin, which will send notification of that filing to all counsel of record in this litigation.

Dated November 13, 2009.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
*Counsel for Amici*