UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION
FOUNDATION, INC.; ANNIE LAURIE GAYLOR;
and DAN BARKER,

                        Plaintiffs,

v.                                                          Case No. 09-CV-439

STEPHEN AYERS,
ACTING ARCHITECT OF
THE CAPITOL,

                        Defendant.

---

## UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

---

The plaintiffs, by Attorney Richard L. Bolton, respectfully move the Court to extend the date for the response brief to the defendant's pending motion to dismiss. The plaintiffs request that the deadline for the response be extended to March 2, 2010.

This request for extension of time is requested for the following reasons:

1.       Counsel Richard L. Bolton is the lawyer principally involved in drafting the Plaintiffs' Response to the Defendant's Motion to Dismiss. Attorney Bolton, however, has been intensely involved in trial preparation in several other matters at this time, including matters that have involved extensive out-of-state travel. Since January 25, 2010, Attorney Bolton has been out-of-state for depositions and related matters in Syracuse, Denver, New Orleans, Atlanta and Chicago. In addition, Attorney Bolton has been involved in hearings during that time in Prairie du Chien, Wisconsin, and Wausau, Wisconsin.

2.  Attorney Bolton is also involved in responding to a petition for review by the Wisconsin Supreme Court in <u>Propp v. Sauk County Board of Adjustment</u>, 2009 AP 000209.

3.  Attorney Bolton is also involved in preparing summary judgment pleadings in Case No. 08-CV-9799, pending in State Court in Denver, Colorado.

4.  This motion is not made for purposes of delay or obstruction.

Dated this 16th day of February, 2010.

                **BOARDMAN, SUHR, CURRY & FIELD, LLP**
                By:

                */s/ Richard L. Bolton*
                Richard L. Bolton, State Bar No. 1012552
                Attorneys for Plaintiffs
                1 S. Pinckney Street, 4th Floor
                P. O. Box 927
                Madison, WI  53701-0927
                Phone: (608) 257-9521   Fax: (608) 283-1709
                rbolton@boardmanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Western District of Wisconsin, Unopposed Motion to Extend Briefing Deadline in the above matter to go to Attorney Bryan Dearinger at bryan.dearinger@usdoj.gov via a notice of electronic filing.

Dated this 16th day of February, 2010.

**BOARDMAN, SUHR, CURRY & FIELD, LLP**
By:
  /s/ Richard L. Bolton
Richard L. Bolton, State Bar No. 1012552
Attorneys for Plaintiffs
1 S. Pinckney Street, 4th Floor
P. O. Box 927
Madison, WI 53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709
E-mail: rbolton@boardmanlawfirm.com

F:\DOCS\wd\26318\24\A0962443.DOC