IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

CASE REASSIGNMENTS

ORDER

Pursuant to 28 U.S.C. § 137, the following actions are hereby REASSIGNED to Acting Chief Judge William M. Conley:

| | |
|---|---|
| 08-cv-536 | David J. Clark v Karen Leitner, et al. |
| 09-cv-374 | April Yaunkee v Chula Vista Resort |
| 09-cv-375 | Heather Rose v Chula Vista Resort |
| 08-cv-721 | DelaRae McHugh v Jo Skalski, et al. |
| 08-cv-677 | Willie Mosby v Julie Cavey, et al. |
| 09-cv-117 | Richard Hoeft v John Clark, et al. |
| 09-cv-121 | Richard Hoeft v Corrections Officer Llewellyn, et al. |
| 09-cv-298 | Sheila Schulz v Green County, WI |
| 09-cv-390 | Jeannette Pfiel v Edward Kraemer and Sons, Inc. |
| 09-cv-183 | Peter Fischer, et al. v Dale G. Schroeder, et al. |
| 09-cv-155 | WIAA v Wisconsin Newspaper Association, Inc. |
| 09-cv-500 | Wenfang Liu v Timothy Mund |
| 09-cv-254 | Terry Jackson v Rick Raemisch, et al. |
| 09-cv-466 | Michael L. McGee v Steven Shaw, et al. |
| 09-cv-342 | Charles E. Lukasek v United States of America, et al. |
| 09-cv-447 | Jeffrey D. Schira v Joe Sit, et al. |

| | |
|---|---|
| 09-cv-382 | Jarrot Bundy v Wal-Mart Stores East, L.P. |
| 09-cv-395 | Susan Blue v IBEW Local 159 |
| 09-cv-350 | Scott Hegwood, et al. v City of Eau Claire, et al. |
| 09-cv-404 | Total Wall, Inc. v Wall Solutions Supply, LLC |
| 09-cv-408 | Kelly S. Mahnke v Daniel Garrigan |
| 09-cv-323 | James Jenkins, III v James Freeman |
| 09-cv-237 | Manuel Salas v Gregory Grams, et al. |
| 09-cv-479 | William D. Klaus, Jr. v Eau Claire Area School District, et al. |
| 09-cv-351 | Cory W. Goecks v Scott E. Pedley |
| 09-cv-421 | Scott Kingston v Wing Enterprises Inc., et al. |
| 09-cv-542 | North Central States Regional Council of Carpenters' Pension Fund v SLP Builders, Inc., et al. |
| 09-cv-376 | Mark Kromrey v U.S. Department of Justice, et al. |
| 09-cv-138 | Richard Hoeft v Tim Anderson, et al. |
| 09-cv-343 | Uri Fried v Surry Vacation Resorts, Inc. |
| 09-cv-346 | B.A., et al. v Brian Bohlmann, et al. |
| 09-cv-401 | Paul R. Cote, et al. v United States of America |
| 09-cv-516 | Dakota, Minnesota & Eastern Railroad Corp. v WI & Southern Railroad |
| 09-cv-617 | Asbury United Methodist Church v City of La Crosse, et al. |
| 09-cv-443 | Tina Pond, et al. v City of Edgerton, et al. |
| 09-cv-467 | Brian Schweinert v Michelle McCray, et al. |
| 09-cv-448 | Rodney C. Moore v Dawn Landers, et al. |
| 09-cv-601 | Kevin Scheunemann, et al. v Palisades Collection, LLC |

| | |
|---|---|
| 09-cv-564 | Regal-Beloit Corp v Aon Risk Services Central, Inc. |
| 09-cv-497 | Sub-Zero, Inc., et al. v General Electric Company |
| 09-cv-398 | Carl R. Marschke, et al. v Barry-Wehmiller Companies, Inc. |
| 09-cv-674 | Barry-Wehmiller Companies, Inc. v Carl R. Marschke |
| 09-cv-474 | American Trust & Savings Bank v Philadelphia Indemnity Insurance Co. |
| 09-cv-531 | Lee Knowlin v Julianne Wurl-Koth, et al. |
| 09-cv-553 | Wisconsin Laborers Health Fund, et al. v Swanson Spray Systems, Inc. |
| 09-cv-250 | United States of America v Real Property Located at 7838 County Highway JJ, Bancroft, Portage County, Wisconsin |
| 09-cv-261 | Douglas Dynamics, LLC v Buyers Products Company |
| 09-cv-773 | Brian K. Bub v Marine Tech, LLC |
| 09-cv-143 | Dani Jo McLean v James A. Studenec |
| 09-cv-451 | Michael J. Zuege, Jr. v Daniel Knoch, et al. |
| 09-cv-520 | Peter Speerstra v Fort Dearborn Life Insurance Company |
| 09-cv-482 | EEOC v Biewer Wisconsin Sawmill, Inc. |
| 09-cv-635 | Curtis J. Dauer v Roman Kaplan, et al. |
| 09-cv-99 | Christopher Dorman v DHL Express (USA), Inc., et al. |
| 09-cv-485 | Derek Williams v William Pollard, et al. |
| 09-cv-224 | Tally Ann Rowan v Natalie Stockwell, et al. |
| 09-cv-613 | Tally Ann Rowan v Judy Ortwerth, et al. |
| 09-cv-592 | Wisconsin Laborers Health Fund v Urban Construction Administration |
| 09-cv-439 | Freedom From Religion Foundation, et al. v Stephen Ayers |
| 09-cv-594 | Midrad, LLC v Dane County, Wisconsin, et al. |

| | |
|---|---|
| 09-cv-615 | Tally Ann Rowan v Sheriff Nancy Hove, et al. |
| 09-cv-616 | Donna L. Egerstaffer v Bluegreen Corp |
| 09-cv-646 | The Cincinnati Insurance Co., et al. v Elkay Manufacturing Co., et al. |
| 09-cv-675 | Sean C. Quast, et al. v State Farm Fire & Casualty Company |
| 09-cv-552 | Dennis Richardson v Jodine Deppish, et al. |
| 09-cv-279 | Amminadab Yisreal-Ben Levy v C. Holinka, et al. |
| 09-cv-670 | Goetz v Allouez Marine Supply |
| 09-cv-764 | Right to Life PAC v Brennan |
| 09-cv-493 | Duane W. Hutter v Daniel J. Daly, et al. |
| 09-cv-607 | Bentura Martinez v C.O. II P. James |
| 09-cv-719 | Paul Seidler v Valerie Parsons |
| 09-cv-193 | Miriam Briggs-Muhammad v Wal-Mart Associates Inc., Store 2335 |
| 09-cv-702 | Kuryakyn Holdings, Incorporated v Just In Time Distribution Company |
| 09-cv-746 | Blain Supply, Inc. v Running Supply, Inc. |
| 09-cv-641 | Derek Williams v William Pollard, et al. |
| 09-cv-698 | Wayne Thomas v City of Wisconsin Dells, et al. |
| 09-cv-713 | Peggy L. McKnight v Family Dollar Stores, Inc., et al. |
| 09-cv-86 | Paul Fritz v DHL Express (USA), Inc., et al. |
| 10-cv-50 | Jacob Apelbaum v Networked Insights, Inc., et al. |
| 09-cv-440 | Joel Wittemann, et al. v Wisconsin Bell, Inc. |
| 09-cv-743 | Kendra A. Joseph, et al. v Randall J. Wolter, et al. |
| 09-cv-413 | Carol Chesemore, et al. v Alliance Holdings, Inc. |
| 09-cv-632 | Grice Engineering, Inc. v JG Innovations, Inc., et al. |

| | |
|---|---|
| 09-cv-763 | Renaissance Learning, Inc. v QOMO Hite Vision, LLC |
| 09-cv-774 | Richard Hoeft v Tom Renz |
| 09-cv-740 | Cheap Real Estate Wisconsin, LLC v Nanya Pentell, LLC, et al. |
| 09-cv-776 | Mark Woodward v U.S. Treasury |
| 10-cv-36 | United States of America v Ostrander |
| 10-cv-38 | United States of America v $84,686.88, et al. |
| 09-cv-761 | United States of America v $6,050.00 |
| 10-cv-39 | United States of America v Mary C. McCloskey, et al. |
| 10-cv-53 | United States of America v Celeste M. Kirkland |
| 10-cv-62 | Anthony Smith, et al. v John Wilson, et al. |
| 10-cv-66 | Allied Systems, LTD(L.P.), et al. v International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and its Local No. 95 |
| 10-cv-69 | Genetic Technologies Limited v Beckman Coulter, Inc., et al. |
| 10-cv-72 | Cheryl Dearth v American United Life Insurance Company, et al. |
| 10-cv-73 | United States of America v Steven Olah |
| 09-cv-621 | Douglas C. Stafford v GenExel-Sein, Inc. |
| 10-cv-79 | United States of America v William P. Kratwell, et al. |
| 10-cv-88 | United States of America v Housing Enterprises of Shullsburg II |
| 10-cv-98 | Raphael Maddox v Penny Dennison, et al. |
| 10-cv-100 | Monica Parent v The CBE Group, Inc. |
| 10-cv-101 | Plumbers & Steamfitters Local No. 434 Health and Welfare Fund, et al. v ACE Plumbing & Heating Supply, Inc. |

| | |
|---|---|
| 10-cv-104 | Robert W. Tessen v Steve Helgerson, et al. |
| 10-cv-106 | United States of America v Robert L. Rule |
| 10-cv-118 | Eagle Cove Camp & Conference Center, Inc., et al. v Town of Woodboro, Wisconsin, et al. |
| 10-cv-127 | Sierra Club v Lisa P. Jackson |
| 09-cv-427 | Jackie Carter v Sgt. Sickenger, et al. |
| 09-cv-437 | Jackie Carter v Peter Huibregtse, et al. |
| 09-cv-463 | Jackie Carter v Peter Huibregtse, et al. |
| 09-cv-464 | Jackie Carter v Peter Huibregtse, et al. |
| 09-cv-715 | William M. Buckley v Warden Ana Boatwright |
| 10-cv-131 | Fort Dearborn Life Insurance Company v Mark Daniels, Sr., et al. |
| 09-cv-90 | Rodney Kyle v Marion Feather, et al. |
| 09-cv-580 | Robert E. Alexander v Michael Thurmer |
| 09-cv-662 | Robert Harry Kunferman v Board of Regents of the University of Wisconsin System, et al. |
| 09-cv-687 | Ronald Stewart v Karen Timberlake, et al. |
| 09-cv-767 | Randy R. Koschnick v James Doyle, et al. |
| 10-cv-130 | Milissa Rick, et al. v Geraldine McCluskey |
| 09-cv-573 | Odrey E. Rasmussen v Internal Revenue Service |
| 09-cv-393 | Kimberly Kilpatrick v Michael J. Astrue |
| 09-cv-556 | Betty J. Brown v Michael J. Astrue |
| 09-cv-606 | David J. Strecker v Michael J. Astrue |
| 09-cv-762 | Michael D. Wennersten v Michael J. Astrue |

| | |
|---|---|
| 10-cv-9 | Michael H. Lee v Michael J. Astrue |
| 10-cv-25 | Virginia K. Kurth v Michael J. Astrue |
| 10-cv-43 | Guy A. Vallier v Michael J. Astrue |
| 10-cv-51 | Michael Ray Hessler v Michael J. Astrue |
| 10-cv-57 | Jamie L. Holen v Michael J. Astrue |
| 10-cv-74 | Joel W. Wocelka v Michael J. Astrue |
| 10-cv-120 | Dudley Robinson v Michael J. Astrue |
| 09-cr-142 | United States of America v Gail L. Mendez |
| 09-cr-150 | United States of America v Trevor Lucas |
| 10-cr-2 | United States of America v Robert H. McCallie and Steven R. Willard |
| 10-cr-9 | United States of America v Romaine A. Quinn |
| 10-cr-11 | United States of America v Joy Ann Wyss |
| 10-cr-14 | United States of America v Daniel Hoy |
| 10-cr-18 | United States of America v John Wolenec |
| 10-cr-28 | United States of America v Elena Smith |
| 10-cr-30 | United States of America v Raymone Houston and Dennis G. Rogers |
| 10-cr-33 | United States of America v Jose Luis Moreno-Zuniga |
| 10-cr-35 | United States of America v Santos Luciano-Saldana |
| 10-cr-36 | United States of America v Stevendale M. Barrett |
| 10-cr-38 | United States of America v Jake M. Barttelt, Shawn C. Alby, Daniel L. Bohman |
| 10-cr-41 | United States of America v Gerardo Villagomez and Hector Raul Ordonez |
| 10-cr-42 | United States of America v Georgina Ponce Mendoza |

| | |
|---|---|
| 10-cr-50 | United States of America v Chuck Groff |
| 10-cr-52 | United States of America v Luis Fernando Marcelino-Reyes |
| 10-cr-53 | United States of America v Samuel Holmes |
| 10-cr-56 | United States of America v Arnulfo Romero-Gonzales |

Entered this 31st day of March, 2010.

BY THE COURT:

WILLIAM M. CONLEY
Acting Chief Judge