IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION
FOUNDATION, INC., ANNIE
LAURIE GAYLOR and DAN
BARKER,

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-439-wmc

    Plaintiff,

v.

STEPHEN AYERS, Acting Architect of
the Capitol,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendant Stephen Ayers' motion to dismiss on grounds of plaintiffs' insufficient standing to sue and dismissing this case without prejudice for lack of subject matter jurisdiction.

_____       9/30/10
Peter Oppeneer, Clerk of Court      Date